1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DIRECTV, INC.,                      No. C 04-03413 CRB

12              Plaintiff,               **ORDER GRANTING MOTION TO
                                         ENTER DEFAULT JUDGMENT**
13      v.

14   DANIEL PARKINSON,

15              Defendant.
     _____/

16

17          Now before the Court is plaintiff's motion for default judgment.  The complaint in

18   this action alleges that defendant purchased a "Cobalt Emulator," and two devices called

19   "MK2 Unlooper-WTXBS."  For the reasons stated by this Court in its Memorandum and

20   Order Granting Motion to Enter Default Judgment in DirecTV, Inc. v. Huynh, No. 04-3496

21   CRB (N.D. Cal. May 31, 2005), the Court finds these allegations--particularly the claim that

22   defendant purchased an "Unlooper"--sufficient to support entry of default judgment and an

23   award of damages in the amount of $10,000.  The Court also awards attorneys' fees in the

24   amount of $2,000.

25   / / /

26   / / /

27   / / /

28   / / /

United States District Court

For the Northern District of California

1    Therefore, default judgment is hereby entered in favor of plaintiff and against

2    defendant.  Defendant is ORDERED to pay plaintiff $12,000.

3    **IT IS SO ORDERED.**

4

5
                                                    _____
                                                          /s/
6    Dated: May 31, 2005                            CHARLES  R. BREYER
                                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California